FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 AUG 28 PM 3:05
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODNEY DEMETRIUS JOHNSON,

Plaintiff,

v.

CASE NO. CV413-053

COCA COLA BOTTLING CO. UNITED EAST, LLC and DEIRDRE HICKS,

Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendants Coca Cola Bottling Company United East, LLC's (Doc. 2) and Deirdre Hicks's (Doc. 4) Motions to Dismiss are **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA